| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | ILA C. DEISS NY SBN 3052909 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION         *E-FILED - 2/23/06*

| | | |
|---|---|---|
| ESPERANZA MOSCORRO, aka MARIA CORNEJO-SOLORIO, | ) ) ) | No. C-05-2841RMW |
| Petitioner, | ) ) | |
| v. | ) ) | **STIPULATION TO DISMISS; AND ORDER** |
| IMMIGRATION & NATURALIZATION SERVICE, | ) ) ) | |
| Respondent. | ) ) ) ) | |

Petitioner, by and through her attorney of record, and Respondent, by and through its attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the fact that Petitioner's counsel, despite diligent efforts to do so, is unable to locate his client.

Each of the parties shall bear their own costs and fees.

Date: February 16, 2006                    Respectfully submitted,

KEVIN V. RYAN
United States Attorney


                                            _____/s/_____
                                            ILA C. DEISS
                                            Assistant United States Attorney
                                            Attorneys for Respondent

Stipulation to Dismiss
C 05-2841 RMW

Dated: February 16, 2006  /s/
FRANK P. SPROULS
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:  2/23/06  /s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

Stipulation to Dismiss
C 05-2841 RMW                                                     2